# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Jonathan Gordon Cooper  Brian David Boone

**CC:** Joanne M. Cicala
Richard Johan Conrod Jr.
Shelbi Marie Flood
Colleen Garvey
John F Garvey Jr.
Derrick R. Good
Michael Roger Hoernlein
Christopher John Lang
Michael John Lyle
Emily McGowan
Christopher G. Michel
Bradley J. Schlozman
Daniel S. Simon
Charles Barnwell Straut II
Caroline Rawls Strumph
Ellen Thomas
Josh T. Wackerly

**FROM:** Hillary A. Grupe

**DATE:** July 01, 2024

**RE:** 24-1550  Jefferson County v. Express Scripts, Inc., et al

Your paper briefs in the above-referenced case have been received. In reviewing the briefs, we noted the deficiencies shown below.

**X**   Please file a Corrected Certificate of Service entry in CM/ECF within 5 days of the date of this notice showing service of the paper copies of your brief. Pursuant to 8th Cir. R. 28A(d), counsel is required to serve one paper copy on each party separately represented or proceeding pro se. **\*\*The Certificate of Service provided with the brief/addendum indicates the APPENDIX was served upon opposing counsel, not the brief and addendum.*